# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MUSTAFA SULEIMAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM GROUP CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 8:18-cv-00262-AG-JDE<br><br>Honorable Andrew J. Guilford<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[FRPC 41(a)(1)]**<br><br>Complaint Filed: January 2, 2018 |

# ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to Defendant Unum Group, erroneously served as Unum group Corporation. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 11, 2019

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE